R. M. ANDERSON, *Appellant,* v. THE RIDGEWOOD PARK COMPANY, A CORPORATION, J. H. ROSS, J. W. SAMPLE, C. H. WALKER, GEORGE P. THOMAS, J. REED CURRY, J. EDWARD MARTIN, GEORGE A. SCOTT, DIRECTORS OF THE RIDGEWOOD PARK COMPANY, A CORPORATION, J. W. SAMPLE, TRUSTEE FOR R. M. ANDERSON, AND MARY DUPREE, WIDOW, *Appellees.*

En Banc.

Opinion Filed March 27, 1925.

Where an equity cause is for an adjudged misjoinder of parties erroneously dismissed "without leave to amend" the decree on appeal will be reversed so that the complainant may by proper amendments or proceedings present matters for any equitable relief against any party or parties, as may be appropriate in the premises.

An Appeal from the Circuit Court for Hillsborough County; F. M. Robles, Judge.

Decree reversed.

*E. L. Bryan,* for Appellant;

*J. T. Watson* and *Jackson & Dupree,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is error in the decree in that it adjudges a misjoinder of parties and dismisses the bill of complaint as to named defendants "without leave to amend;" it is, therefore, con-

sidered, ordered and decreed that the decree herein appealed from be and is hereby reversed without prejudice so that upon the cause being remanded, the complainant may by proper amendments or proceedings present matters for any equitable relief against any party or parties, as may be appropriate in the premises. It is so ordered.

WEST, C. J., AND WHITFIELD, ELLIS, BROWNE, TERRELL AND STRUM, J. J., concur.